## Martin, Admr., v. Memphis & Charleston Railroad Co.

APPEAL from Madison Circuit Court.

Tried before the Hon. H. C. SPEAKE.

WILLIAM RICHARDSON, for appellant.

HUMES, SHEFFEY & SPEAKE, contra.

This was an action by the appellant, as administrator of Nancy Martin, deceased, against the appellee for the alleged negligent killing of the plaintiff's intestate by the defendant. There was judgment for the defendant from which the plaintiff appeals. The judgment was reversed and the cause remanded, by reason of errors of the court in the rulings upon the pleadings.

Opinion by HEAD, J.